ACCEPTED
15-25-00086-Cv
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/21/2025 2:12 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00086-CV**

In the Court of Appeals
for the Fifteenth Judicial District

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

5/21/2025 2:12:38 PM
CHRISTOPHER A. PRINE
Clerk

---

**2020 LONG TAIL TRAIL INVESTMENTS, LLC, ET AL.,**

*Appellants,*

v.

**STATE OF TEXAS, ET AL.,**

*Appellees.*

---

On Appeal from the
261st Judicial District Court, Travis County
Cause No. D-1-GN-23-007785

---

## NOTICE OF APPEARANCE OF COUNSEL

---

Pursuant to Texas Rule of Appellate Procedure 6.1, Appellees State of Texas, Attorney General Kenneth Paxton (in his official capacity), Texas Comptroller of Public Accounts Glenn Hegar (in his official capacity), and the Office of the Texas Comptroller of Public Accounts provide notice that Cole P. Wilson is lead counsel for Appellees in this appeal. Please send communications relating to this appeal to:

**Cole P. Wilson**
Assistant Attorney General
Tex. Bar No. 24122856
Office of the Attorney General of Texas

1

General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 936-1309 | Fax: (512) 320-0667
Cole.Wilson@oag.texas.gov

Dated:  May 21, 2025
       Austin, Texas

Respectfully submitted,

**Ken Paxton**
Attorney General of Texas

**Brent Webster**
First Assistant Attorney General

**Ralph Molina**
Deputy First Assistant Attorney General

**Austin Kinghorn**
Deputy Attorney General for Civil Litigation

**Kimberly Gdula**
Chief for General Litigation Division

/s/ *Cole P. Wilson*
**Cole P. Wilson**
Assistant Attorney General
Texas State Bar No. 24122856
Cole.Wilson@oag.texas.gov

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 936-1309 | Fax: (512) 320-0667

*Counsel for Appellees*

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 101115047
Filing Code Description: Other Document
Filing Description: 20250521_Ntc of Appearance of Counsel for Appellees
Status as of 5/21/2025 2:20 PM CST

Associated Case Party: City of Brownsville, Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Lena Chaisson-Munoz | | lena.munoz@brownsvilletx.gov | 5/21/2025 2:12:38 PM | SENT |
| Will S.Trevino | | will.trevino@brownsvilletx.gov | 5/21/2025 2:12:38 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Sherry  Brown | | sherry@txmunicipallaw.com | 5/21/2025 2:12:38 PM | SENT |
| Andy  Messer | | andy@txmunicipallaw.com | 5/21/2025 2:12:38 PM | SENT |
| Brad Bullock | | brad@txmunicipallaw.com | 5/21/2025 2:12:38 PM | SENT |
| Timothy Dunn | | Taddunn@txmunicipallaw.com | 5/21/2025 2:12:38 PM | SENT |
| Todd Disher | | todd@lehotskykeller.com | 5/21/2025 2:12:38 PM | SENT |
| William Thompson | | will@lkcfirm.com | 5/21/2025 2:12:38 PM | SENT |
| Cole Wilson | | cole.wilson@oag.texas.gov | 5/21/2025 2:12:38 PM | SENT |
| Guillermo  Trevino | | will.trevino@brownsvilletx.gov | 5/21/2025 2:12:38 PM | SENT |
| Lena Chaisson-Munoz | | lena.munoz@brownsvilletx.gov | 5/21/2025 2:12:38 PM | SENT |
| George Hyde | | ghyde@txlocalgovlaw.com | 5/21/2025 2:12:38 PM | SENT |
| Matthew Weston | | mweston@txlocalgovlaw.com | 5/21/2025 2:12:38 PM | SENT |
| David  Overcash | | david.overcash@wtmlaw.net | 5/21/2025 2:12:38 PM | SENT |
| Clark McCoy | | cmccoy@wtmlaw.net | 5/21/2025 2:12:38 PM | SENT |

Associated Case Party: Attorney General Kenneth Paxton (in his Official Capacity

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 101115047
Filing Code Description: Other Document
Filing Description: 20250521_Ntc of Appearance of Counsel for Appellees
Status as of 5/21/2025 2:20 PM CST

Associated Case Party: Attorney General Kenneth Paxton (in his Official Capacity

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Cole Wilson | | Cole.Wilson@oag.texas.gov | 5/21/2025 2:12:38 PM | SENT |
| Raymond Abarca | | Raymond.Abarca@oag.texas.gov | 5/21/2025 2:12:38 PM | SENT |